167 A.3d 660

LINDA TISBY, PLAINTIFF–PETITIONER, v. CAMDEN COUNTY CORRECTIONAL FACILITY, DEFENDANT–RESPONDENT. LINDA TISBY, PLAINTIFF–PETITIONER, v. CAMDEN COUNTY, CAMDEN COUNTY DEPARTMENT OF CORRECTIONS AND CAMDEN COUNTY CORRECTIONAL FACILITY, DEFENDANTS–RESPONDENTS.

May 5, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–326/344–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.